IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TODD M. F.,[1]

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 20–CV–00739–JPG

## JUDGMENT

IT IS ORDERED AND ADJUDGED that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying Plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Commissioner of Social Security and against plaintiff TODD M. F.

**DATED: August 22, 2022**         MONICA A. STUMP, Clerk of Court
                                   s/Tina Gray, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**

---

[1] The Court will not use plaintiff's full name in this Memorandum and Order to protect the plaintiff's privacy. See Fed. R. Civ. P. 5.2(c) and the Advisory Committee Notes thereto.